# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EMPLOYMENT LAW COMPLIANCE, INC.,**

       **Plaintiff/Counter Defendant,**

**v.**                                     **Case No:   6:14-cv-663-Orl-31KRS**

**EMPOWER SOFTWARE SOLUTIONS, INC., HRSMART, INC.**

       **Defendants/Counter Claimants.**

## ORDER

This matter is before the Court on Defendant/Counter Claimant Empower Software Solutions, Inc.'s ("Empower") unopposed Motion to Stay Pending Patent Reexamination ("Motion to Stay") (Doc. 58).[1] As the Motion to Stay is unopposed and it appears meritorious, it will be granted and the case is stayed pending the resolution of the ex parte reexamination of the underlying patent.

Also currently pending are two Motions to Dismiss the counterclaims against Employment Law Compliance, Inc., ("ELC"). (Docs. 66; 68). As the case is stayed, these motions will be denied without prejudice, and with leave to refile pending the resolution of the ex parte reexamination. Following the outcome of the patent reexamination, ELC shall have ten (10) days to refile the

---

[1] Initially, Empower's Motion to Stay was opposed, however, that opposition has since been retracted. (*See* Docs. 63; 64).

Motions to Dismiss. Because the Motions to Dismiss are denied, the unopposed motion to extend the time to respond to them (Doc. 71) is mooted.

It is therefore,

**ORDERED**, the Motion to Stay (Doc. 58) is **GRANTED AS UNOPPOSED**. The Motions to Dismiss (Docs. 66; 68) are **DENIED WITHOUT PREJUDICE**. The Motion for Extension of Time (Doc. 71) is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 12, 2014.

*[signature]*

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party